## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

WILLIAM RAY PRATT,                )
                                  )
            Petitioner,           )
                                  )
v.                                )          No. CIV-04-1070-F
                                  )
MARTY SIRMONS,                    )
                                  )
            Respondent.           )

### O R D E R

Petitioner, a prisoner appearing *pro se*, has filed a Motion to Proceed *in forma pauperis* on Appeal.  [Doc. No. 49].  Although 28 U.S.C. § 1915(b) does not apply to habeas actions, *see* United States v. Simmonds, 111 F.3d 737 (10th Cir. 1997) (holding Prison Litigation Reform Act inapplicable to habeas and §2255 actions and appeals) *overruled on other grounds* in U.S. v. Hurst, 322 F.3d 1256 (10th Cir. 2003), both §1915(a)(1) and (a)(3) do apply to a habeas appeal.  Accordingly, a petitioner must show that the appeal is taken in good faith and that he lacks the financial ability to pay the required fees.  *See,* McIntosh v. United States Parole Comm'n, 115 F.3d 809, 812 (10th Cir. 1997).

Having reviewed the motion and the record, the Court finds that Petitioner has presented a reasoned, non-frivolous argument on appeal and that the appeal is taken in good faith.  Accordingly, the Court finds Petitioner is entitled to proceed *in forma pauperis* without pre-payment of all fees, and this motion is GRANTED.  28 U.S.C. § 1915(a)(1) and (a)(3).

IT IS SO ORDERED this 20th day of November, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1070p008(pub).wpd